JS-6

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOHN BLACK et al.;<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CORVEL ENTERPRISE INC. et al.;<br><br>　　　　　Defendants. | Case No. 5:14-cv-02588-JGB-KK<br><br>**JUDGMENT** |

　　　This action was filed by 14 plaintiffs (John Black, Victor Gregory, Thomas Stephenson, Jacob Huber, Carla McCullough, Dustin Fujiwara, Joseph Viola, Justin Veloz, Geoffrey Barrett, Brian Park, Russell Thurman, Boyd Mayo, Timothy Brayshaw and Vernell Ross-Mullin) against various defendants. After several rounds of pleadings, the Court granted the motions to dismiss filed by the defendants under Fed. R. Civ. Proc., rule 12(b)(6) with one exception.

　　　Specifically, the Court allowed Plaintiffs Joseph Viola and Timothy Brayshaw to pursue their substantive due process claims against Defendant Mextli Hyde under 42 U.S.C. §§ 1983 and 1988. (D.E. 96, p. 14.) These two plaintiffs have stipulated to voluntarily dismiss with prejudice their remaining substantive due process claims against

1
**JUDGMENT**

Mextli Hyde as identified in the Court's Order of August 25, 2016, (Doc. #96) ("the Order").

In addition, the substantive due process claims filed by Plaintiffs John Black, Victor Gregory, Thomas Stephenson, Jacob Huber, Carla McCullough, Dustin Fujiwara, Joseph Viola, Justin Veloz, Geoffrey Barrett, Brian Park, Russell Thurman, Boyd Mayo, and Vernell Ross-Mullin were previously dismissed with prejudice by the Court.

Based on the parties' stipulation to dismiss the remaining claims with prejudice and in light of this Court's prior dismissal of all other claims against all defendants, the Court hereby enters a final judgment, disposing of all claims against all defendants that were alleged at any time by any of the plaintiffs. Accordingly, the entire action is hereby dismissed. Judgment is hereby entered in favor of each defendant and against each plaintiff.

Dated: June 21, 2017

By: _____
Hon. Jesus G. Bernal
United States District Court Judge

2723901v.1